IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| ACERTA PHARMA B.V., et al.,<br><br>                        Plaintiffs,<br>            v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, et al.,<br><br>                        Defendants. | C.A. No. 22-154-GBW-SRF<br>(consolidated) |

### NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Defendants Alembic Pharmaceuticals Limited ("Alembic"), Cipla Limited and Cipla USA, Inc. (collectively, "Cipla"), MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited (collectively, "MSN"), Natco Pharma, Ltd. and Natco Pharma, Inc. (collectively, "Natco"), and Sandoz Inc. ("Sandoz") (collectively, "Defendants"), by and through their attorneys, will take the deposition upon oral examination of the following individuals at the location indicated below or an otherwise mutually agreed upon location. The depositions will take place on the date and time indicated below or otherwise mutually agreed upon by counsel.

| Deponent | Location | Date and Time |
|---|---|---|
| Cecile Krejsa | Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, DC 20036 | January 16, 2024<br>9am ET |
| Tim Ingallinera | Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, DC 20036 | January 30, 2024<br>9am ET |
| Edwin Aret | Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, DC 20036K | February 1, 2024<br>9am ET |

| **Deponent** | **Location** | **Date and Time** |
|---|---|---|
| Fritz Blatter | Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, DC 20036 | February 8, 2024<br>9am ET |
| Jerry Evarts | Winston & Strawn LLP<br>1901 L Street, N.W.<br>Washington, DC 20036 | February 22, 2024<br>9am ET |

The deposition will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of the United States District Court for the District of Delaware, and will continue from day to day until completed, with such adjournments as may be necessary. The deposition will be conducted before a Notary Public or other officer authorized to administer oaths and will be recorded by stenographic and/or videographic means. The testimony taken pursuant to this Notice of Deposition may be used for any and all appropriate purposes as provided by the Federal Rules of Civil Procedure and Federal Rules of Evidence. You are invited to attend and participate.

| HEYMAN ENERIO GATTUSO & HIRZEL LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Dominick T. Gattuso* | */s/ Megan C. Haney* |
| Dominick T. Gattuso (#3630) | John C. Phillips, Jr. (No. 110) |
| 300 Delaware Avenue, Suite 200 | Megan C. Haney (No. 5016) |
| Wilmington, DE 19801 | 1200 N. Broom Street |
| (302) 472-7300 | Wilmington, DE 19806 |
| dgattuso@hegh.law | (302) 655-4200 |
| | jcp@pmhdelaw.com |
| Charles Klein | mch@pmhdelaw.com |
| Jovial Wong | |
| Claire Fundakowski | Richard J. Berman Janine A. Carlan |
| Sharon Lin | Bradford C. Frese |
| **WINSTON & STRAWN LLP** | Brian H. Gold |
| 1901 l Street NW | **ARENT FOX SCHIFF LLP** |
| Washington, DC 20036 | 1717 K Street, NW |
| (202) 282-5000 | Washington, DC 20006-5344 |
| cklein@winston.com | (202) 857-6000 |
| jwong@winston.com | richard.berman@afslaw.com |
| cfundakowski@winston.com | janine.carlan@afslaw.com |
| slin@winston.com | bradford.frese@afslaw.com |
| | brian.gold@afslaw.com |
| *Attorneys for Defendants Alembic Pharmaceuticals Limited and Sandoz Inc.* | *Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* |
| K&L GATES LLP | SEITZ, VAN OGTROP & GREEN, P.A. |
| */s/ Matthew B. Goeller* | */s/ James S. Green, Jr.* |
| Steven L. Caponi (#3484) | James S. Green, Jr. (#4406) |
| Matthew B. Goeller (#6283) | 222 Delaware Avenue, Suite 1500 |
| 600 King Street, Suite 901 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 888-7607 |
| (302) 416-7000 | jsgreen@svglaw.com |
| steven.caponi@klgates.com | |
| matthew.goeller@klgates.com | Christopher J. Sorenson |
| | Karen L. Beckman |
| Anil H. Patel | MERCHANT & GOULD P.C. |
| K&L GATES LLP | 150 South Fifth Street, Suite 2200 |
| 1000 Main Street, Suite 2550 | Minneapolis, Minnesota 55402 |
| Houston, TX 77002 | (612) 332-5300 |
| (713) 815-7300 | csorenson@merchantgould.com |
| anil.patel@klgates.com | kbeckman@merchantgould.com |

3

Peter Giunta
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
peter.giunta@klgates.com

Harold Storey
Jenna Bruce
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
harold.storey@klgates.com
jenna.bruce@klgates.com

*Attorneys for Defendant
Cipla Ltd. and Cipla USA Inc.*

Dated: December 19, 2023

Hayley M. Ostrin
MERCHANT & GOULD P.C.
1900 Duke Street, Suite 600
Alexandria, VA 22314
(703) 684-2500
hostrin@merchantgould.com

Andrew O. Larsen
MERCHANT & GOULD P.C.
767 Third Avenue, Suite 23C
New York, NY 10017
(212) 223-6520
alarsen@merchantgould.com

*Attorneys for Defendants Natco Pharma, Inc.
& Natco Pharma Limited*