IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERTA PHARMA B.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEMBIC PHARMACEUTICALS LIMITED, et al.,<br><br>Defendants. | C.A. No. 22-154-GBW-SRF<br>(Consolidated) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the parties have conferred and agreed upon certain amendments to the case schedule related to fact and expert discovery;

WHEREAS, pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the request to extend discovery to their respective clients; and

WHEREAS, the proposed extensions of certain deadlines that do not affect the trial date, and which are consistent with the Court's January 26, 2024 Oral Order (D.I. 144);

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Acerta Pharma B.V., AstraZeneca UK Limited, AstraZeneca Pharmaceuticals LP, AstraZeneca AB, and Merck Sharp & Dohme B.V. and Defendants Alembic Pharmaceuticals Limited, Cipla Ltd. and Cipla USA Inc., MSN Pharmaceuticals Inc., MSN Laboratories Private Limited, Natco Pharma, Inc., Natco Pharma Limited, and Sandoz Inc., subject to the approval of the Court, that the following deadlines shall be extended:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | February 12, 2024 | May 10, 2024 |
| Initial Rule 26(a)(2) disclosure of expert testimony due for party bearing initial burden of proof on subject matter | April 22, 2024 | July 19, 2024 |
| Responsive expert reports | June 10, 2024 | September 9, 2024 |
| Reply expert reports | August 19, 2024 | October 18, 2024 |
| Parties to exchange dates and times of their experts' availability for depositions | September 13, 2024 | October 18, 2024 |
| Parties to complete depositions of experts | December 17, 2024 | No change |
| Any *Daubert* motions due | January 31, 2025 | December 30, 2024 |
| Parties to file joint proposed final pretrial order (seven days before date of final pretrial conference) | February 14, 2025 | February 13, 2025 |
| Rule 16(e) final pretrial conference | February 20, 2025 | No change |
| Trial: three-day bench trial on invalidity, with additional one-day bench trial for each Defendant Group's non-infringement arguments | March 3, 2025 (3 days on invalidity) March 10, 2025 (1 day on infringement) | No change |

DATED: January 30, 2024

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **HEYMAN ENERIO GATTUSO & HIRZEL LLP** |
| /s/ *Alexandra M. Joyce* | /s/ *Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | 300 Delaware Avenue, Suite 200 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 472-7300 |
| Wilmington, DE 19801 | dgattuso@hegh.law |
| T: (302) 984-6300 | |
| dsilver@mccarter.com | Charles Klein |
| ajoyce@mccarter.com | Jovial Wong |
| | Claire Fundakowski |
| David I. Berl | Sharon Lin |
| Stanley E. Fisher | **WINSTON & STRAWN LLP** |
| Kevin Hoagland-Hanson | 1901 I Street NW |
| Jihad Komis | Washington, DC 20036 |
| Min Kyung Jeon | (202) 282-5000 |
| **WILLIAMS & CONNOLLY LLP** | cklein@winston.com |
| 680 Maine Avenue SW | jwong@winston.com |
| Washington, DC 20024 | cfundakowski@winston.com |
| Phone: (202) 434-5083 | slin@winston.com |
| dberl@wc.com | |
| sfisher@wc.com | *Attorneys for Defendants Alembic* |
| khoagland-hanson@wc.com | *Pharmaceuticals Limited and Sandoz Inc.* |
| jkomis@wc.com | |
| mjeon@wc.com | |
| | |
| *Attorneys for Plaintiffs* | |
| | |
| | **PHILLIPS, MCLAUGHLIN & HALL** |
| **K&L GATES LLP** | /s/ *Megan C. Haney* |
| | John C. Phillips, Jr. (No. 110) |
| /s/ *Steven L. Caponi* | Megan C. Haney (No. 5016) |
| Steven L. Caponi (#3484) | 1200 N. Broom Street |
| Matthew B. Goeller (#6283) | Wilmington, DE 19806 |
| 600 King Street, Suite 901 | T: (302) 655-4200 |
| Wilmington, DE 19801 | jcp@pmhdelaw.com |
| (302) 416-7000 | mch@pmhdelaw.com |
| steven.caponi@klgates.com | |
| matthew.goeller@klgates.com | |

-3-

ME1 47498421v.1

Anil H. Patel
**K&L GATES LLP**
609 Main St., Suite 4150
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com

Peter Giunta
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
peter.giunta@klgates.com

Harold Storey
Jenna Bruce
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
harold.storey@klgates.com
jenna.bruce@klgates.com

*Attorneys for Defendants*
*Cipla Ltd. and Cipla USA Inc.*

Richard J. Berman
Janine A. Carlan
Bradford C. Frese
**ARENT FOX SCHIFF LLP**
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000
richard.berman@afslaw.com
janine.carlan@afslaw.com
bradford.frese@afslaw.com

Julie A. Vernon
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
julie.vernon@afslaw.com

*Attorneys for Defendants*
*MSN Pharmaceuticals Inc. and MSN*
*Laboratories Private Limited*

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ *James S. Green, Jr.*
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-7607
jsgreen@svglaw.com

Christopher J. Sorenson
**MERCHANT & GOULD P.C.**
150 South Fifth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 332-5300
csorenson@merchantgould.com

*Attorneys for Defendants Natco Pharma, Inc.*
*and Natco Pharma Limited*

IT IS SO ORDERED this __30th__ day of __January__, 2024.

_____
United States ~~District Judge~~ Magistrate Judge

ME1 47498421v.1